120 A.3d 296

Christopher BRIGGMAN, Appellant

v.

PENNA. BOARD OF PROBATION AND PAROLE, and Hon. Kathleen Kane Attorney General Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

July 20, 2015.

## ORDER

PER CURIAM.

AND NOW, this 20th day of July, 2015, the order of the Commonwealth Court is

**AFFIRMED.**

120 A.3d 296

Angelo HARMON, individually and as Administrator of the Estate of Juanita Harmon, Margarita Agosto, Shirley and Stanley Ball, Linda Bell, Betty Brown, Borbor Davis, Charles Deitrick, John Cranford, Alistair Fraser, the National Headquarters of the Salvation Army, the Salvation Army Eastern Territory, Trustees of the Salvation Army in Pennsylvania and the Salvation Army of Greater Philadelphia, Bernard Ditomo, Estate of Anne Bryan, Estate of Juanita Harmon, Bernard Ditomo, Na-

434

dine White, Jennifer Reynolds, Felicia Hill, Rosemary Kreutzberg, Rodney Geddis and Estate of Danny C. Johnson, Estate of Roseline Conteh and Estate of Mary Simpson, Jonathan M. Finnegan, Griffin Campbell Construction, Felicia Hill, Jack Higgins and Jack F. Higgins Architect, Inc., Plato Marinakos, Mariya Plekan and Sean Benschop and S & R Contracting

v.

The SALVATION ARMY and STB Investments Corp.

Petition of STB Investments Corporation; Richard Basciano, Thomas Simmonds, Frank Cresci; Lois Basciano; Wolfington Network, LLC; Alex Wolfington; the Salvation Army; Charles Deitrick, John Cransford; Alistair Fraser; Plato Marinakos; Plato A. Marinakos Architect, LLC; Jack Higgins and Jack F. Higgins Architect, LLC.

No. 52 EM 2015.

Supreme Court of Pennsylvania.

July 22, 2015.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of July, 2015, the Petition for Review is DENIED.

120 A.3d 297

STB INVESTMENTS CORP., Richard Basciano, Thomas Simmonds, Frank Cresci, Alex Wolfington, Wolfington Network, LLC, the Salvation Army, Charles Deitrick, John Cranford, Alistair Fraser, Plato Marinakos, Jr., Plato Marinakos Architect, LLC, Jack Higgins and Jack F. Higgins Architect, Inc., Petitioners

v.

Angelo HARMON, Individually and as Administrator of the Estate of Juanita Harmon, Nadine White, Linda Bell, Bernard Ditomo, Jennifer Reynolds, Felicia Hill, Rosemary Kreutzberg, Rodney Geddis, Shirley Ball and Stanley Ball, h/w, Betty Brown; Maggie Adams Davis, Individually and as Administratrix of the Estate of Borbor Davis, Mariya Plekan, George